470 A.2d 1027

Commonwealth v. Farmer, Appellant.

Submitted September 9, 1983. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CAVANAUGH and HOFFMAN, JJ.

Judgment of sentence affirmed.

470 A.2d 1028

Commonwealth v. Galeotti, Appellant.

Petition for Allowance of Appeal
Denied June 22, 1984.

Submitted November 8, 1983. James K. Angell, for appellant; Jeffrey E. Leber, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and CERCONE, JJ.

Judgment of sentence affirmed.